# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

FILED
15 NOV 18 PM 1:30

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ERIC JOHNSON | ) | Case No.  3:15-cr-101 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ERIC JOHNSON                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   21:841(a)(1) Distribution of cocaine

Date:    11/13/2015

*Issuing officer's signature*

City and state:    South Bend, IN

Robert N. Trgovich, Clerk (rmc)
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/13/2015, and the person was arrested on *(date)* 11/17/2015
at *(city and state)* South Bend, In.

Date: 11/18/2015

*Arresting officer's signature*

David Leda   DEA/Task Force
*Printed name and title*