UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:15-CR-101 RM |
| | ) | |
| ERIC JOHNSON | ) | |

O R D E R

Noting that new counsel has appeared for Mr. Johnson, the court GRANTS the motion of Jeffrey Kimmel to withdraw his appearance as counsel for Mr. Johnson [docket # 25] and also GRANTS the defendant's unopposed motion to reschedule the status conference [docket # 28] from April 28 to Tuesday, April 26, 2016, at 1:15 p.m. in the second floor courtroom.

SO ORDERED.

ENTERED:   April 25, 2016

/s/ Robert L. Miller, Jr.
Judge, United States District Court