UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:15-CR-101 RLM |
| | ) | |
| ERIC JOHNSON | ) | |

ORDER

The Government's motion to dismiss Count 2 of the Indictment [Doc. No. 24] as to defendant Eric Johnson is GRANTED.

SO ORDERED.

ENTERED:   November 8, 2016

/s/ Robert L. Miller, Jr.
Judge
United States District Court