## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ERIC JOHNSON**<br><br>**Defendant.** | **CASE NUMBER: 3:15CR101-**<br><br>**USM Number:**<br><br><br>**JEFFREY E KIMMELL**<br>**DEFENDANT'S ATTORNEY** |

### JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to count 1 of the Indictment on 1/11/2016.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 21:841(a)(1) DISTRIBUTION OF COCAINE | November 4, 2015 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 2 of the Indictment is dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

November 8, 2016
_____
Date of Imposition of Judgment

s/ Robert L. Miller, Jr.
_____
Signature of Judge

Robert L. Miller, Jr., United States District Judge
_____
Name and Title of Judge

November 8, 2016
_____
Date

Defendant: ERIC JOHNSON
Case Number: 3:15CR101-

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **48 months.**

The Court makes the following recommendations to the Bureau of Prisons:

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years** subject to the following conditions:

# CONDITIONS OF SUPERVISION

1. The defendant shall not commit another federal, state, or local crime. *This is a mandatory condition required in every case.*

2. The defendant shall not unlawfully possess a controlled substance. *This is a mandatory condition required in every case.*

3. The defendant shall not unlawfully use any controlled substance, including marijuana, and shall submit to one drug test within 15 days of the beginning of supervision and at least 2 periodic tests after that for use of a controlled substance. *This is a mandatory condition required in every case.*

4. The defendant shall cooperate with the probation officer with respect to the collection of DNA. *This is a mandatory condition required in every case.*

5. The defendant shall report to the probation officer in the manner and as frequently as court or the probation officer directs, and shall notify the probation officer within 48 hours of any change in residence, employer, position or location of employment and within 72 hours of being arrested or questioned by a police officer. *The court proposes this condition because supervision can't succeed if the probation officer can't communicate with, or doesn't know where to find the defendant.*

6. The defendant shall not knowingly travel outside the district without the permission of the probation officer, who shall grant such permission unless the travel would hinder the defendant's rehabilitation or present a public safety risk. *The court proposes this condition because supervision can't be effective if the probation officer doesn't know where to find the defendant.*

7. The defendant shall answer truthfully any inquiry by the probation officer pertaining to the defendant's supervision and conditions of supervision, and shall follow the instruction of the probation officer pertaining to the defendant's supervision and conditions of supervision. This condition does not prevent the defendant from invoking the Fifth Amendment privilege against self-incrimination. *The court proposes this condition because supervision can't succeed if the probation officer can't get reliable information from, and guide, the defendant.*

8. The defendant shall permit a probation officer to meet the defendant at home or any other reasonable location and shall permit confiscation of any contraband the probation officer observes in plain view. The probation officer shall not conduct such a visit between the hours of 11:00 p.m. and 7:00 a.m. without specific reason to believe a visit during those hours would reveal information or contraband that wouldn't be revealed through a visit during regular hours. *Home visits are crucial to a probation officer's ability to monitor, and to provide services to, an offender. See Guide to Judiciary Policy, Vol. 8 Part E §§ 320.50, 340.20, 430 (including home contacts among the "core activities" that "are to be undertaken during the course of supervision in every active supervision case*

3

*to meet the officer's responsibility to stay informed"), 430.10 ("One of the most valuable activities available to an officer is the home contact . . . ."); see also § 430.30.20 ("While field contacts are usually more informative, there are occasions when it may be more productive to have the offender report to the probation office."). For example, home and field visits allow probation officers to verify a defendant's residence and employment, establish contacts and partnerships with family members and other collateral contacts, assess a defendant's lifestyle and standard of living, and observe any contraband or other warning signs that may be present. This condition is intended to facilitate the probation officer's ability to monitor and assist the defendant, as well as to protect the public if the defendant is found to be violating the conditions of release.*

9. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (meaning an instrument designed to be used as a weapon and capable of causing death or serious bodily harm). *This condition is proposed to protect probation officers against bodily harm during the supervision of the defendant.*

10. The defendant shall participate in a substance abuse treatment or aftercare program and shall abide by all program requirements and restrictions, consistent with the conditions of the treatment provider. Upon the request of the defendant, treatment/aftercare provider or probation, the court may revise those conditions. While under supervision, the defendant shall not consume alcoholic beverages. The defendant shall pay all or part of the costs for participation in the program, not to exceed the sliding fee scale as established by the Department of Health and Human Services and adopted by this court. The defendant shall not be revoked for his inability to pay such costs. *The defendant has a history of drug abuse. This condition is imposed to provide defendant with available treatment services to reduce the risk of recidivism, to provide defendant with rehabilitation, and to provide public protection. The prohibition on alcoholic beverages (which lowers inhibitions, including the inhibition against using illegal drugs) is included to assure that the defendant has the benefit of all his faculties, as well as the treatment/aftercare program, in avoiding the use of controlled substances.*

Defendant: ERIC JOHNSON
Case Number: 3:15CR101-

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | NONE | NONE |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

No restitution imposed.

Name: <u>ERIC JOHNSON</u>
Docket No.:<u>3:15CR101-</u>

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____     _____
Defendant                                                        Date


_____     _____
U.S. Probation Officer/Designated Witness            Date